1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRUCE R. SENATOR,

11            Plaintiff,                    No. CIV S-01-0990 DFL PAN P

12       vs.

13   JOANN GORDON, et al.,

14            Defendants.                   ORDER

15   _____/

16            By order filed May 23, 2002, this court directed plaintiff to file, within thirty days,

17   the forms necessary to effect service of process herein.  Plaintiff failed to comply with that order,

18   and judgment was entered dismissing this action on July 9, 2003.  Plaintiff appealed the

19   dismissal of this action and, on January 5, 2005, the appellate court vacated the dismissal of this

20   action, finding that because plaintiff had been deprived of his legal materials and claimed he had

21   not received the May 23, 2002 order, a less drastic option was available.

22            Good cause appearing, the Clerk of the Court will be directed to re-serve a copy of

23   the May 23, 2002 order on plaintiff, along with the forms necessary for service.  Plaintiff will be

24   granted thirty days in which to complete and return the forms.  Plaintiff is cautioned that failure

25   to comply with this order will result in a recommendation that this action be dismissed.

26            Accordingly, IT IS HEREBY ORDERED that:

1

1          1.  The Clerk of the Court shall serve a copy of the May 23, 2002 order and the

2    appropriate forms referenced therein to plaintiff at his address of record; and

3          2.  Within thirty days from the date of this order, plaintiff shall submit the

4    completed forms as required by the May 23, 2002 order.

5    DATED:   February 23, 2006.

6

7    _____
     UNITED STATES MAGISTRATE JUDGE

8

9    /001;sena0990.ext